UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JULIAN OKEAYAINNEH #20515-112**           **CASE NO.  2:23-CV-00854 SEC P**

**VERSUS**                                  **JUDGE JAMES D. CAIN, JR.**

**FELIPE MARTINEZ JR**                      **MAGISTRATE JUDGE LEBLANC**

### JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 8) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Emergency Motion to Stay (doc. 7) should be **DENIED**.

**THUS DONE AND SIGNED** in chambers this 30th day of September, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE